UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| NASERELDIN KHARASH | * | CIVIL ACTION NO. 14-0648 Section P |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ERIC H. HOLDER, JR., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that Petitioner's Motion for Temporary Stay of Removal [Doc. No. 24] is DENIED.

MONROE, LOUISIANA, this 8th day of October, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE