UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| NASERELDIN KHARASH | * | CIVIL ACTION NO. 14-0648 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| ERIC H. HOLDER, JR., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. No. 1] filed by Petitioner Nasereldin Kharash is hereby DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 3rd day of March, 2015.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE